IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| KAYLA TAYLOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 126-059 |
| | ) | |
| NAVY FEDERAL CREDIT UNION, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DENIES** Plaintiff's second motion to proceed *in forma pauperis*. (Doc. no. 6.) In accordance with Local Rule 4.2, Plaintiff shall have twenty-one calendar days from the date of service of this Order to pay the $405.00 filing fee. Should Plaintiff fail to make timely payment, the Court **DIRECTS** the **CLERK** to dismiss the case without prejudice and close this civil action on the twenty-fifth day after the date of service of this Order that the Clerk of Court is open for business.[1] Of course, should Plaintiff pay the $405.00 filing fee, the case

---

[1] In accordance with Federal Rule of Civil Procedure 6(d), three days are added to the deadline because the Clerk of Court serves *pro se* Plaintiff by United States mail. Therefore, the twenty-one-day deadline becomes a twenty-four day-deadline. If the deadline falls on a Saturday, Sunday, or legal holiday, the deadline moves to the next day that is not a Saturday, Sunday, or legal holiday. Fed. R. Civ. P. 6(a)(1)(C).

will proceed in the normal course of business. Should Plaintiff not pay the $405.00 but file any other motion prior to the filing fee deadline, the Clerk shall take no action with respect to dismissing the case until further Order of the Court.

SO ORDERED this _____8th_____ day of May, 2026, at Augusta, Georgia.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA